# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: State of California et al v. Trump et al

District Court Number: 26cv11581-IT

Fee: Paid? Yes __X__ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending Yes __X__ No ____  Sealed documents Yes ____ No __X__
*If yes, document #* __97__  *If yes, document #* ____

*Ex parte* documents Yes ____ No __X__  Transcripts Yes ____ No __X__
*If yes, document #* ____  *If yes, document #* ____

Notice of Appeal filed by: Plaintiff/Petitioner ____ Defendant/Respondent ____ Other: __X__

Appeal from:
## #140 Order on Motion to Intervene
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #140 and #141
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __141__ filed on __May 1, 2026__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __May 1, 2026__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: <u>1:26−cv−11581−IT</u>

State of California et al v. Trump et al
Assigned to: Judge Indira Talwani
related Case: 1:26−cv−11549−IT
Cause: 28:2201 Declaratory Judgment

Date Filed: 04/03/2026
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: U.S. Government Defendant

**Plaintiff**

| | | |
|---|---|---|
| **State of California** | represented by | **Anne P. Bellows**<br>California Attorney General's Office<br>California Department of Justice<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA 94102<br>415−510−3847<br>Fax: 415−703−5843<br>Email: <u>anne.bellows@doj.ca.gov</u><br>*ATTORNEY TO BE NOTICED* |
| | | **Kevin Lee Quade**<br>California Attorney General's Office<br>Civil Division/Government Law Section<br>1300 I Street<br>Ste 1101<br>Sacramento, CA 94244−2550<br>916−322−5272<br>Email: <u>kevin.quade@doj.ca.gov</u><br>*ATTORNEY TO BE NOTICED* |
| | | **Lisa Catherine Ehrlich**<br>Office of The Attorney General<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA 94102<br>415−510−3489<br>Fax: 510−622−2270<br>Email: <u>lisa.ehrlich@doj.ca.gov</u><br>*ATTORNEY TO BE NOTICED* |
| | | **Malcolm Andreas Brudigam**<br>California Attorney General's Office<br>Government Law Section<br>1300 I Street<br>Ste 16th Floor<br>Sacramento, CA 95814<br>916−210−7873<br>Email: <u>malcolm.brudigam@doj.ca.gov</u> |

*ATTORNEY TO BE NOTICED*

**Michael Surren Cohen**
California Attorney General's Office
Office of the Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244
916−210−6090
Email: michael.cohen@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Robert William Setrakian**
California Attorney General's Office
Civil Division
300 S. Spring Street
Los Angeles, CA 90027
213−269−6668
Email: william.setrakian@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Commonwealth of Massachusetts** | represented by | **Vanessa Azniv Arslanian**<br>Office of Massachusetts Attorney General<br>1 Ashburton Place<br>Boston, MA 02108<br>617−963−2107<br>Email: vanessa.arslanian@mass.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jak Kundl**<br>Massachusetts Attorney General's Office<br>McCormack Building<br>One Ashburton Place<br>Boston, MA 02108<br>617−963−2942<br>Email: jak.kundl@mass.gov<br>*ATTORNEY TO BE NOTICED* |
| | | **Jared B. Cohen**<br>Massachusetts Attorney General's Office<br>McCormack Building<br>One Ashburton Place<br>Boston, MA 02108<br>617−963−2833<br>Fax: 617−573−5358<br>Email: jared.b.cohen@mass.gov<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **State of Nevada** | represented by | **Kiel Ireland**<br>Nevada Attorney General's Office<br>1 State of Nevada Way<br>Ste 100<br>Las Vegas, NV 89119<br>702−486−3420<br>Email: kireland@ag.nv.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **State of Washington** | represented by | **Cristina Sepe**<br>Washington State Office of the Attorney General<br>Solicitor General's Office<br>1125 Washington Street SE<br>PO Box 40100<br>Olympia, WA 98504−0100<br>360−753−7085<br>Email: cristina.sepe@atg.wa.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Karl D. Smith , I**<br>Office of the Attorney General<br>Solicitor General's Office<br>P O Box 40100<br>1125 Washington St SE<br>Olympia, WA 98504−0100<br>360−664−2510<br>Email: karl.smith@atg.wa.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Tera M Heintz**<br>Washington Attorney General's Office<br>Solicitor General's Office<br>1125 Washington Street SE<br>PO Box 40100<br>Olympia, WA 98504−0100<br>360−664−3027<br>Fax: 360−664−2963<br>Email: tera.heintz@atg.wa.gov<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **State of Arizona** | represented by | **Joshua M. Whitaker**<br>Arizona Attorney General's Office<br>2005 North Central Ave.<br>Phoenix, AZ 85004<br>602−542−7738<br>Email: joshua.whitaker@azag.gov |

*ATTORNEY TO BE NOTICED*

**Kara M Karlson**
Office of The Attorney General
State Government Div.
2005 N. Central Ave.
Phoenix, AZ 85004
602−542−8118
Fax: 602−542−4385
Email: kara.karlson@azag.gov
*ATTORNEY TO BE NOTICED*

**Karen Hartman−Tellez**
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, AZ 85004
602−542−8326
Email: karen.hartman@azag.gov
*ATTORNEY TO BE NOTICED*

**Syreeta Tyrell**
Arizona Attorney General's Office
2005 North Central Ave
Phoenix, AZ 85004
602−542−8310
Email: syreeta.tyrell@azag.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **State of Colorado** | represented by | **Peter Baumann**<br>Colorado Department of Law<br>State Services Section<br>1300 Broadway<br>Denver, CO 80203<br>720−508−6152<br>Email: peter.baumann@coag.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Shannon Wells Stevenson**<br>Colorado Department of Law<br>Office of the Attorney General<br>1300 Broadway<br>Denver, CO 80203<br>720−508−6749<br>Email: shannon.stevenson@coag.gov<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **State of Connecticut** | represented by | **Maura Bridget Murphy**<br>Office of the Connecticut Attorney General<br>Special Litigation |

165 Capitol Avenue
Ste 5000
Hartford, CT 06106
860−808−5020
Fax: 860−808−5347
Email: maura.murphy@ct.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Delaware**

**Plaintiff**

**District of Columbia**  represented by **Eliza Simon**
DC Oag
400 6th St. NW
Washington, DC 20001
202−741−5221
Email: eliza.simon@dc.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Illinois**  represented by **Alex Hemmer**
Illinois Attorney General's Office
115 S. LaSalle Street
23rd Floor
Chicago, IL 60603
312−814−5526
Email: alex.hemmer@ilag.gov
*ATTORNEY TO BE NOTICED*

**Holly Berlin**
Illinois Attorney General's Office
Office of the Illinois Attorney General
115 S LaSalle St
Chicago, IL 60603
773−519−1678
Email: holly.berlin@ilag.gov
*ATTORNEY TO BE NOTICED*

**Vikas Didwania**
Illinois Attorney General's Office
115 S. LaSalle Street
Chicago, IL 60603
872−272−0756
Email: vikas.didwania@ilag.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Maine**  represented by **Katherine Thompson**
Office of the Maine Attorney General

Litigation Division
6 State House Station
Augusta, ME 04333
207−626−8455
Email: kate.thompson@maine.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Maryland**　　　　represented by **Virginia Anne Williamson**
Maryland Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
410−576−6584
Email: vwilliamson@oag.state.md.us
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Michigan**　　　　represented by **Erik Grill**
Michigan Department of Attorney General
Civil Rights & Elections Division
PO Box 30736
Lansing, MI 48909
517−335−7659
Email: grille@michigan.gov
*ATTORNEY TO BE NOTICED*

**Neil Giovanatti**
MI Department of Attorney General
Health, Education & Family Services
Division
525 W. Ottawa Street
P.O. Box 30758
Lansing, MI 48909
517−335−7603
Email: giovanattin@michigan.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Minnesota**　　　　represented by **Allen Barr**
Minnesota Attorney General's Office
445 Minnesota Street
Suite 600
St. Paul, MN 55101
651−757−1487
Email: allen.barr@ag.state.mn.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Angela Behrens**
Minnesota Attorney General's Office

445 Minnesota Street
Suite 600
St. Paul, MN 55101
651−757−1204
Fax: 651−757−1235
Email: angela.behrens@ag.state.mn.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsey E Middlecamp**
Minnesota Attorney General's Office
Minnesota Attorney General
445 Minnesota Street
Saint Paul, MN 55101
651−300−0711
Email: lindsey.middlecamp@ag.state.mn.us
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of New Jersey**                    represented by    **Joshua Paul Bohn**
New Jersey Office of the Attorney General
Division of Law
25 Market Street
P.O. Box 112
Trenton, NJ 08625
609−696−5366
Email: joshua.bohn@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meghan Musso**
Division of Law − Special Litigation
Section
124 Halsey St, 5th Floor
Newark, NJ 07101
609−696−5276
Email: meghan.musso@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan B. Mangel**
New Jersey Attorney General's Office
Division of Law
124 Halsey Street
Newark, NJ 07101
609−696−5366
Email: jonathan.mangel@law.njoag.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of New Mexico**                    represented by

**Bailey Colfax**
NM Department of Justice
408 Galisteo St
Santa Fe, NM 87501
505−629−3252
Email: bcolfax@nmdoj.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of New York**

**Plaintiff**

**State of North Carolina**　　represented by　**Daniel Paul Mosteller**
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
919−716−6026
Email: dmosteller@ncdoj.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Oregon**　　represented by　**Thomas H. Castelli**
Oregon Department of Justice
Special Litigation Unit
100 SW Market Street
Portland, OR 97201
971−673−1880
Email: thomas.castelli@doj.oregon.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Rhode Island**

**Plaintiff**

**State of Vermont**　　represented by　**Ryan Patrick Kane**
Attorney General's Office
Ryan P. Kane
109 State Street
Montpelier, VT 05609
802−828−2153
Email: ryan.kane@vermont.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Commonwealth of Virginia**

**Plaintiff**

**State of Wisconsin**

<u>**Plaintiff**</u>

**Josh Shapiro**
*in his official capacity as Governor of the*
*Commonwealth of Pennsylvania*

V.

<u>**Defendant**</u>

| | | |
|---|---|---|
| **Donald J Trump**<br>*in his official capacity as President of the*<br>*United States* | represented by | **Stephen Michael Pezzi**<br>United States Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>202−305−8576<br>Email: stephen.pezzi@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Esam Al−Shareffi**<br>DOJ−Civ<br>1100 L Street<br>Rm 12520<br>Washington, DC 20005<br>845−536−4560<br>Email: esam.k.al−shareffi@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Rayford A. Farquhar**<br>United States Attorney's Office<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>617−748−3100<br>Fax: 617−748−3971<br>Email: rayford.farquhar@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

<u>**Defendant**</u>

| | | |
|---|---|---|
| **United States Department of Justice** | represented by | **Stephen Michael Pezzi**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Esam Al−Shareffi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Todd Blanche**
*in his official capacity as Acting U.S.*
*Attorney General*

represented by    **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Department of**
**Homeland Security**

represented by    **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Markwayne Mullin**
*in his official capacity as Secretary of the*
*United States Department of Homeland*
*Security*

represented by    **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Social Security**
**Administration**

represented by    **Stephen Michael Pezzi**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Frank Bisignano**
*in his official capacity as Commissioner of the United States Social Security Administration*

represented by **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Postal Service**

represented by **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Steiner**
*in his official capacity as Postmaster General and Chief Executive Officer of the Postal Service*

represented by **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Doug Tolino**
*in his official capacity as Deputy Postmaster General, Chief Operating Officer and Chief Human Resources Officer of the Postal Service and Member of the Postal Service Board of Governors*

represented by **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amber McReynolds**
*in her official capacity as Chair of the Postal Service Board of Governors*

represented by **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Derek T Kan**
*in his official capacity as Vice Chairman of the Postal Service Board of Governors*

represented by **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald Stroman**
*in his official capacity as a Member of the Postal Service Board of Governors*

represented by **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel Tangherlini**
*in his official capacity as a Member of*
*the Postal Service Board of Governors*

represented by **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**State of Alabama**

represented by **Ian D. Prior**
611 Pennsylvania Ave
Washington, DC 20003
571−639−6711
Email: ian.prior@aflegal.org *(Inactive)*
*ATTORNEY TO BE NOTICED*

**Amicus**

**State of Alabama**

represented by **Alexander Barrett Bowdre**
State of Alabama
Office of the Attorney General
501 Washington Ave.
PO Box 300152
Montgomery, AL 36130−0152
334−353−8892
Email: barrett.bowdre@alabamaag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**State of Missouri**

represented by **Louis Joseph Capozzi , III**
Office of The Missouri Attorney General
Solicitor General
Office of Missouri Attorney General
815 Olive Street
St Louis, Missouri 63101, Suite 200
St Louis, MO 63101

717−802−2077
Email: <u>louis.capozzi@ago.mo.gov</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Michael Patton**
Office of The Missouri Attorney General
615 E. 13th Street
Suite 401
Kansas City, MO 64106
816−889−2250
Email: <u>michael.patton@ago.mo.gov</u>
*ATTORNEY TO BE NOTICED*

**<u>Amicus</u>**

**State of Florida**                    represented by   **Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Amicus</u>**

**State of Indiana**                    represented by   **Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Amicus</u>**

**State of Kansas**                     represented by   **Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Rodriguez**
Kansas Attorney General's Office
120 SW 10th Ave
Topeka, KS 66612
785−368−8197
Email: <u>jay.rodriguez@ag.ks.gov</u>
*ATTORNEY TO BE NOTICED*

**<u>Amicus</u>**

**State of Louisiana**                  represented by   **Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Amicus</u>**

**State of Montana**                    represented by   **Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**State of Nebraska**                    represented by   **Ian D. Prior**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**State of Oklahoma**                    represented by   **Ian D. Prior**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**State of South Carolina**              represented by   **Joseph David Spate**
                                                          South Carolina Attorney General's Office
                                                          P.O. Box 11549
                                                          Columbia, SC 29211
                                                          803−734−3371
                                                          Email: josephspate@scag.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ian D. Prior**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**State of South Dakota**                represented by   **Ian D. Prior**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**State of Texas**                       represented by   **Ian D. Prior**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Society for the Rule of Law**          represented by   **Inga S. Bernstein**
                                                          Zalkind Duncan & Bernstein LLP
                                                          2 Oliver Street
                                                          Suite 200
                                                          Boston, MA 02109
                                                          617−742−6020
                                                          Email: ibernstein@zalkindlaw.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Richard D. Bernstein**
                                                          1875 K Street N.W.
                                                          Washington, DC 20006
                                                          301−775−2064
                                                          Email: rbernsteinlaw@gmail.com

**Amicus**

| | | |
|---|---|---|
| **Local Election Officials and Local Governments** | represented by | **Jonathan Benjamin Miller** Public Rights Project 490 43rd Street, #115 Oakland, CA 94609 646−831−6113 Email: jon@publicrightsproject.org *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 04/03/2026 | 1 | COMPLAINT *for Declaratory and Injunctive Relief* against All Defendants Filing fee: $ 405, receipt number AMADC−11655463 (Fee Status: Filing Fee paid), filed by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Attachments: # 1 Civil Cover Sheet, # 2 Category Form)(Arslanian, Vanessa) (Entered: 04/03/2026) |
| 04/03/2026 | 2 | ELECTRONIC NOTICE of Case Assignment. Judge Indira Talwani assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge M. Page Kelley. (NMC) (Entered: 04/03/2026) |
| 04/03/2026 | 3 | NOTICE of Appearance by Vanessa Azniv Arslanian on behalf of Commonwealth of Massachusetts (Arslanian, Vanessa) (Entered: 04/03/2026) |
| 04/03/2026 | 4 | Summons Issued as to Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (SEC) (Entered: 04/03/2026) |
| 04/06/2026 | 5 | NOTICE of Appearance by Jak Kundl on behalf of Commonwealth of Massachusetts (Kundl, Jak) (Entered: 04/06/2026) |
| 04/06/2026 | 6 | NOTICE of Appearance by Jared B. Cohen on behalf of Commonwealth of Massachusetts (Cohen, Jared) (Entered: 04/06/2026) |
| 04/06/2026 | 7 | MOTION for Leave to Appear Pro Hac Vice for admission of Peter Baumann, Shannon Stevenson Filing fee: $ 250, receipt number AMADC−11658360 by State of |

| | | |
|---|---|---|
| | | Colorado. (Attachments: # 1 PB Certification, # 2 SS Certification)(Kundl, Jak) (Entered: 04/06/2026) |
| 04/06/2026 | 8 | MOTION for Leave to Appear Pro Hac Vice for admission of Daniel P. Mosteller Filing fee: $ 125, receipt number AMADC−11658401 by State of North Carolina. (Attachments: # 1 Certification)(Kundl, Jak) (Entered: 04/06/2026) |
| 04/06/2026 | 9 | MOTION for Leave to Appear Pro Hac Vice for admission of Meghan K. Musso, Jonathan B. Mangel, Joshua P. Bohn Filing fee: $ 375, receipt number AMADC−11658423 by State of New Jersey. (Attachments: # 1 JB Certification, # 2 JM Certification, # 3 MM Certification)(Kundl, Jak) (Entered: 04/06/2026) |
| 04/06/2026 | 10 | MOTION for Leave to Appear Pro Hac Vice for admission of Eliza Simon Filing fee: $ 125, receipt number AMADC−11658884 by District of Columbia. (Attachments: # 1 Certification)(Kundl, Jak) (Entered: 04/06/2026) |
| 04/06/2026 | 11 | MOTION for Leave to Appear Pro Hac Vice for admission of Karl D. Smith, Cristina Sepe, Tera M. Heintz Filing fee: $ 375, receipt number AMADC−11658910 by State of Washington. (Attachments: # 1 Smith Certification, # 2 Sepe Certification, # 3 Heintz Certification)(Kundl, Jak) (Entered: 04/06/2026) |
| 04/07/2026 | 12 | Notice of Service of Process filed by Commonwealth of Massachusetts. Individual(s)/Entities served: Donald J. Trump, in his official capacity as President of the United States; United States Department of Justice; Todd Blanche, in his official capacity as Acting U.S. Attorney General; United States Department of Homeland Security; Markwayne Mullin, in his official capacity as Secretary for the Department of Homeland Security; United States Social Security Administration; Frank Bisignano, in his official capacity as Commissioner of the U.S. Social Security Administration; United States Postal Service; David Steiner, in his official capacity as Postmaster General and Chief Executive Officer of the Postal Service; Doug Tulino, in his official capacity as Deputy Postmaster General, Chief Operating Officer and Chief Human Resources Officer of the Postal Service, and Member of the Postal Service Board of Governors; Amber McReynolds, in her official capacity as Chair of the Postal Service Board of Governors; Derek T. Kan, in his official capacity as Vice Chairman of the Postal Service Board of Governors; Ronald Stroman, in his official capacity as a Member of the Postal Service Board of Governors; and Daniel Tangherlini, in his official capacity as a Member of the Postal Service Board of Governors. (Attachments: # 1 Affidavit)(Kundl, Jak) (Entered: 04/07/2026) |
| 04/07/2026 | 13 | *Withdrawn* ~~MOTION for Leave to Appear Pro Hac Vice for admission of Brian Bilford, Luke Freedman, Joel Marrero, Michael Newman, Daniel Sheehan, Alyssa Zhang Filing fee: $ 750, receipt number AMADC−11661665 by State of California. (Attachments: # 1 BB Certification, # 2 LF Certification, # 3 JM Certification, # 4 MN Certification, # 5 DS Certification, # 6 AZ Certification)(Kundl, Jak)~~ Modified on 4/10/2026 (SEC). (Entered: 04/07/2026) |
| 04/07/2026 | 14 | MOTION for Leave to Appear Pro Hac Vice for admission of Kara Karlson, Karen J. Hartman−Tellez, Joshua M. Whitaker, Syreeta Tyrell Filing fee: $ 500, receipt number AMADC−11662781 by State of Arizona. (Attachments: # 1 KHT Certification, # 2 KK Certification, # 3 ST Certification, # 4 JW Certification)(Kundl, Jak) (Entered: 04/07/2026) |
| 04/07/2026 | 15 | MOTION for Leave to Appear Pro Hac Vice for admission of Alex Hemmer, Vikas Didwania, Holly F.B. Berlin Filing fee: $ 375, receipt number AMADC−11662791 by State of Illinois. (Attachments: # 1 HB Certification, # 2 VD Certification, # 3 AH |

| | | |
|---|---|---|
| | | Certification)(Kundl, Jak) (Entered: 04/07/2026) |
| 04/07/2026 | 16 | MOTION for Leave to Appear Pro Hac Vice for admission of Katherine W. Thompson Filing fee: $ 125, receipt number AMADC−11662802 by State of Maine. (Attachments: # 1 Certification)(Kundl, Jak) (Entered: 04/07/2026) |
| 04/07/2026 | 17 | MOTION for Leave to Appear Pro Hac Vice for admission of Daniel Kobrin, Virginia A. Williamson Filing fee: $ 250, receipt number AMADC−11662815 by State of Maryland. (Attachments: # 1 DK Certification, # 2 VW Certification)(Kundl, Jak) (Entered: 04/07/2026) |
| 04/07/2026 | 18 | MOTION for Leave to Appear Pro Hac Vice for admission of Kyla Duffy Filing fee: $ 125, receipt number AMADC−11662817 by State of Rhode Island. (Attachments: # 1 Certification)(Kundl, Jak) (Entered: 04/07/2026) |
| 04/07/2026 | 19 | MOTION for Leave to Appear Pro Hac Vice for admission of Lynn Lodahl Filing fee: $ 125, receipt number AMADC−11662822 by State of Wisconsin. (Attachments: # 1 Certification)(Kundl, Jak) (Entered: 04/07/2026) |
| 04/07/2026 | 20 | MOTION for Leave to Appear Pro Hac Vice for admission of Ryan P. Kane Filing fee: $ 125, receipt number AMADC−11662829 by State of Vermont. (Attachments: # 1 Certification)(Kundl, Jak) (Entered: 04/07/2026) |
| 04/07/2026 | 21 | MOTION for Leave to Appear Pro Hac Vice for admission of Anne P. Bellows, Malcolm A. Brudigam, Michael S. Cohen, Lisa C. Ehrlich Filing fee: $ 500, receipt number AMADC−11662835 by State of California. (Attachments: # 1 Bellows Certification, # 2 Brudigam Certification, # 3 Cohen Certification, # 4 Ehrlich Certification)(Kundl, Jak) (Entered: 04/07/2026) |
| 04/07/2026 | 22 | MOTION for Leave to Appear Pro Hac Vice for admission of Seth E. Goldstein, Kevin L. Quade, Robert William Setrakian Filing fee: $ 375, receipt number AMADC−11662853 by State of California. (Attachments: # 1 Goldstein Certification, # 2 Quade Certification, # 3 Setrakian Certification)(Kundl, Jak) (Entered: 04/07/2026) |
| 04/08/2026 | 23 | NOTICE of Appearance by Rayford A. Farquhar on behalf of Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration (Farquhar, Rayford) (Main Document 23 replaced on 4/8/2026) (SEC). (Entered: 04/08/2026) |
| 04/08/2026 | 24 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 7 Motion for Leave to Appear Pro Hac Vice; granting 8 Motion for Leave to Appear Pro Hac Vice; granting 9 Motion for Leave to Appear Pro Hac Vice; granting 10 Motion for Leave to Appear Pro Hac Vice; granting 11 Motion for Leave to Appear Pro Hac Vice; granting 14 Motion for Leave to Appear Pro Hac Vice; granting 15 Motion for Leave to Appear Pro Hac Vice; granting 16 Motion for Leave to Appear Pro Hac Vice; granting 17 Motion for Leave to Appear Pro Hac Vice; granting 18 Motion for Leave to Appear Pro Hac Vice; granting 19 Motion for Leave to Appear Pro Hac Vice; granting 20 Motion for Leave to Appear Pro Hac Vice; granting 21 Motion for Leave to Appear Pro Hac Vice; granting 22 Motion for Leave to Appear Pro Hac Vice.

Added Peter Baumann, Shannon Stevenson, Daniel P. Mosteller, Meghan K. Musso, Jonathan B. Mangel, Joshua P. Bohn, Eliza Simon, Karl D. Smith, Cristina Sepe, |

Tera M. Heintz, Kara Karlson, Karen J. Hartman−Tellez, Joshua M. Whitaker, Syreeta Tyrell, Alex Hemmer, Vikas Didwania, Holly F.B. Berlin, Katherine W. Thompson, Daniel Kobrin, Virginia A. Williamson, Kyla Duffy, Lynn Lodahl, Ryan P. Kane, Anne P. Bellows, Malcolm A. Brudigam, Michael S. Cohen, Lisa C. Ehrlich, Seth E. Goldstein, Kevin L. Quade, and Robert William Setrakian..

**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**

Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.

A Notice of Appearance must be entered on the docket by each of the newly admitted attorneys.

(SEC) (Entered: 04/08/2026)

| | | |
|---|---|---|
| 04/09/2026 | 25 | NOTICE of Appearance by Daniel Paul Mosteller on behalf of State of North Carolina (Mosteller, Daniel) (Entered: 04/09/2026) |
| 04/09/2026 | 26 | MOTION to Withdraw 13 MOTION for Leave to Appear Pro Hac Vice for admission of Brian Bilford, Luke Freedman, Joel Marrero, Michael Newman, Daniel Sheehan, Alyssa Zhang Filing fee: $ 750, receipt number AMADC−11661665 by Commonwealth of Massachusetts.(Kundl, Jak) (Entered: 04/09/2026) |
| 04/09/2026 | 27 | NOTICE of Appearance by Joshua Paul Bohn on behalf of State of New Jersey (Bohn, Joshua) (Entered: 04/09/2026) |
| 04/09/2026 | 28 | NOTICE of Appearance by Eliza Simon on behalf of District of Columbia (Simon, Eliza) (Entered: 04/09/2026) |
| 04/09/2026 | 29 | NOTICE of Appearance by Virginia Anne Williamson on behalf of State of Maryland (Williamson, Virginia) (Entered: 04/09/2026) |
| 04/09/2026 | 30 | NOTICE of Appearance by Katherine Thompson on behalf of State of Maine (Thompson, Katherine) (Entered: 04/09/2026) |
| 04/10/2026 | 31 | Judge Indira Talwani: ELECTRONIC ORDER granting Motion to Withdraw Motion for Leave to Appear [ 26 ]. The Motion for Leave to Appear Pro Hace Vice for Admission of Brian Bilford, Luke Freedman, Joel Marrero, Michael Newman, Daniel Sheehan, and Alyssa Zhang [ 13 ] is withdrawn and shall be terminated on the docket. (SEC) (Entered: 04/10/2026) |
| 04/10/2026 | 32 | NOTICE of Appearance by Ryan Patrick Kane on behalf of State of Vermont (Kane, Ryan) (Entered: 04/10/2026) |
| 04/13/2026 | 33 | NOTICE of Appearance by Esam Al−Shareffi on behalf of Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration (Al−Shareffi, |

| | | Esam) (Entered: 04/13/2026) |
|---|---|---|
| 04/13/2026 | 34 | NOTICE of Appearance by Michael Surren Cohen on behalf of State of California (Cohen, Michael) (Entered: 04/13/2026) |
| 04/13/2026 | 35 | NOTICE of Appearance by Anne P. Bellows on behalf of State of California (Bellows, Anne) (Entered: 04/13/2026) |
| 04/13/2026 | 36 | NOTICE of Appearance by Cristina Sepe on behalf of State of Washington (Sepe, Cristina) (Entered: 04/13/2026) |
| 04/13/2026 | 37 | Joint MOTION for Dispositive Motion Briefing Schedule and Hearing Date, or in the Alternative, a Preliminary Injunction Motion Briefing Schedule and Hearing Date by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Attachments: # 1 Exhibit A − Proposed Scheduling Order Re: Dispositive Motions, # 2 Exhibit B − Proposed Scheduling Order Re: Preliminary Injunction Motion)(Bellows, Anne) (Entered: 04/13/2026) |
| 04/14/2026 | 38 | Judge Indira Talwani: ELECTRONIC ORDER: allowing the parties' Joint Motion for Dispositive Motion Briefing Schedule and Hearing Date [Doc. No. 37 ]. (SEC) (Entered: 04/14/2026) |
| 04/14/2026 | 39 | Judge Indira Talwani: SCHEDULING ORDER entered. See attached. (SEC) (Entered: 04/14/2026) |
| 04/14/2026 | 40 | ELECTRONIC NOTICE Setting Hearing on Motion: Summary Judgment Motion Hearing set for 6/2/2026 10:00 AM in Courtroom 9 (In person only) before Judge Indira Talwani. (SEC) (Entered: 04/14/2026) |
| 04/14/2026 | 41 | NOTICE of Appearance by Alex Hemmer on behalf of State of Illinois (Hemmer, Alex) (Entered: 04/14/2026) |
| 04/14/2026 | 42 | NOTICE of Appearance by Stephen Michael Pezzi on behalf of Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration (Pezzi, Stephen) (Entered: 04/14/2026) |
| 04/14/2026 | 43 | MOTION for Leave to Appear Pro Hac Vice for admission of Lindsey E. Middlecamp, Allen Cook Barr, Angela Behrens Filing fee: $ 375, receipt number AMADC−11677414 by State of Minnesota. (Attachments: # 1 Middlecamp Certification, # 2 Behrens Certification, # 3 Barr Certification)(Kundl, Jak) (Entered: 04/14/2026) |
| 04/14/2026 | 44 | MOTION for Leave to Appear Pro Hac Vice for admission of Kiel Brunetti Ireland Filing fee: $ 125, receipt number AMADC−11677428 by State of Nevada. (Attachments: # 1 Ireland Certification)(Kundl, Jak) (Entered: 04/14/2026) |
| 04/14/2026 | 45 | MOTION for Leave to Appear Pro Hac Vice for admission of Maura Murphy Filing fee: $ 125, receipt number AMADC−11678574 by State of Connecticut. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Certification)(Kundl, Jak) (Entered: 04/14/2026) |
| 04/14/2026 | 46 | MOTION for Leave to Appear Pro Hac Vice for admission of Ian R. Liston, Rose E. Gibson Filing fee: $ 250, receipt number AMADC−11678580 by State of Delaware. (Attachments: # 1 Liston Certification, # 2 Gibson Certification)(Kundl, Jak) (Entered: 04/14/2026) |
| 04/14/2026 | 47 | MOTION for Leave to Appear Pro Hac Vice for admission of Neil Giovanatti, Erik Grill Filing fee: $ 250, receipt number AMADC−11678583 by State of Michigan. (Attachments: # 1 Giovanatti Certification, # 2 Grill Certification)(Kundl, Jak) (Entered: 04/14/2026) |
| 04/14/2026 | 48 | NOTICE of Appearance by Robert William Setrakian on behalf of State of California (Setrakian, Robert) (Entered: 04/14/2026) |
| 04/14/2026 | 49 | NOTICE of Appearance by Karl D. Smith, I on behalf of State of Washington (Smith, Karl) (Entered: 04/14/2026) |
| 04/14/2026 | 50 | NOTICE of Appearance by Tera M Heintz on behalf of State of Washington (Heintz, Tera) (Entered: 04/14/2026) |
| 04/16/2026 | 51 | NOTICE of Appearance by Lisa Catherine Ehrlich on behalf of State of California (Ehrlich, Lisa) (Entered: 04/16/2026) |
| 04/16/2026 | 52 | NOTICE of Appearance by Kevin Lee Quade on behalf of State of California (Quade, Kevin) (Entered: 04/16/2026) |
| 04/16/2026 | 53 | NOTICE of Appearance by Shannon Wells Stevenson on behalf of State of Colorado (Stevenson, Shannon) (Entered: 04/16/2026) |
| 04/16/2026 | 54 | NOTICE of Appearance by Malcolm Andreas Brudigam on behalf of State of California (Brudigam, Malcolm) (Entered: 04/16/2026) |
| 04/16/2026 | 55 | MOTION to Transfer Case to District of Columbia. by Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration.(Al−Shareffi, Esam) (Entered: 04/16/2026) |
| 04/16/2026 | 56 | MEMORANDUM in Support re 55 MOTION to Transfer Case to District of Columbia. filed by Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration. (Al−Shareffi, Esam) (Entered: 04/16/2026) |
| 04/16/2026 | 57 | NOTICE of Appearance by Peter Baumann on behalf of State of Colorado (Baumann, Peter) (Entered: 04/16/2026) |
| 04/17/2026 | 58 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 43 Motion for Leave to Appear Pro Hac Vice; granting 44 Motion for Leave to Appear Pro Hac Vice; granting 45 Motion for Leave to Appear Pro Hac Vice; granting 46 Motion for Leave to Appear Pro Hac Vice; granting 47 Motion for Leave to Appear Pro Hac Vice. Added Lindsey E. Middlecamp, Allen Cook Barr, Angela Behrens, Kiel Brunetti Ireland, Maura Murphy, Ian R. Liston, Rose E. Gibson, Neil Giovanatti, and Erik |

| | | |
|---|---|---|
| | | Grill.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by each of the newly admitted attorneys.<br><br>(SEC) (Entered: 04/17/2026) |
| 04/17/2026 | 59 | NOTICE of Appearance by Neil Giovanatti on behalf of State of Michigan (Giovanatti, Neil) (Entered: 04/17/2026) |
| 04/17/2026 | 60 | NOTICE of Appearance by Jonathan B. Mangel on behalf of State of New Jersey (Mangel, Jonathan) (Entered: 04/17/2026) |
| 04/17/2026 | 61 | NOTICE of Appearance by Holly Berlin on behalf of State of Illinois (Berlin, Holly) (Entered: 04/17/2026) |
| 04/17/2026 | 62 | NOTICE of Appearance by Kiel Ireland on behalf of State of Nevada (Ireland, Kiel) (Entered: 04/17/2026) |
| 04/17/2026 | 63 | Judge Indira Talwani: ORDER entered. See attached. (SEC) (Entered: 04/17/2026) |
| 04/17/2026 | 64 | AMENDED COMPLAINT against All Plaintiffs, filed by State of Washington.(Sepe, Cristina) (Entered: 04/17/2026) |
| 04/17/2026 | 65 | AMENDED COMPLAINT against All Defendants, filed by State of Washington.(Sepe, Cristina) (Entered: 04/17/2026) |
| 04/20/2026 | 66 | NOTICE of Appearance by Erik Grill on behalf of State of Michigan (Grill, Erik) (Entered: 04/20/2026) |
| 04/20/2026 | 67 | NOTICE of Appearance by Vikas Didwania on behalf of State of Illinois (Didwania, Vikas) (Entered: 04/20/2026) |
| 04/20/2026 | 68 | NOTICE of Appearance by Joshua M. Whitaker on behalf of State of Arizona (Whitaker, Joshua) (Entered: 04/20/2026) |
| 04/20/2026 | 69 | NOTICE of Appearance by Syreeta Tyrell on behalf of State of Arizona (Tyrell, Syreeta) (Entered: 04/20/2026) |
| 04/20/2026 | 70 | NOTICE of Appearance by Kara M Karlson on behalf of State of Arizona (Karlson, Kara) (Entered: 04/20/2026) |
| 04/20/2026 | 71 | NOTICE of Appearance by Karen Hartman−Tellez on behalf of State of Arizona (Hartman−Tellez, Karen) (Entered: 04/20/2026) |
| 04/21/2026 | 72 | NOTICE of Appearance by Maura Bridget Murphy on behalf of State of Connecticut (Murphy, Maura) (Entered: 04/21/2026) |

| | | |
|---|---|---|
| 04/21/2026 | 73 | MOTION to Intervene by State of Alabama, State of Alabama, State of Missouri, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas.(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 74 | MEMORANDUM in Support re 73 MOTION to Intervene filed by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas. (Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 75 | MOTION to Transfer Case to D.D.C. by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas.(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 76 | MEMORANDUM in Support re 75 MOTION to Transfer Case to D.D.C. filed by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas. (Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 77 | MOTION for Leave to Appear Pro Hac Vice for admission of Louis J. Capozzi by State of Missouri. (Attachments: # 1 Affidavit Certificate of Louis J. Capozzi)(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 78 | MOTION for Leave to Appear Pro Hac Vice for admission of J. Michael Patton by State of Missouri. (Attachments: # 1 Affidavit Certificate of J. Michael Patton)(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 79 | MOTION for Leave to Appear Pro Hac Vice for admission of Benjamin S. Gilberg by State of Missouri. (Attachments: # 1 Affidavit Certificate of Benjamin S. Gilberg)(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 80 | MOTION for Leave to Appear Pro Hac Vice for admission of David M.S. Dewhirst by State of Florida. (Attachments: # 1 Affidavit Certificate of David M.S. Dewhirst)(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 81 | MOTION for Leave to Appear Pro Hac Vice for admission of James A. Barta by State of Indiana. (Attachments: # 1 Affidavit Certificate of James A. Barta)(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 82 | MOTION for Leave to Appear Pro Hac Vice for admission of James R. Rodriguez by State of Kansas. (Attachments: # 1 Affidavit Certificate of James R. Rodriguez)(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 83 | MOTION for Leave to Appear Pro Hac Vice for admission of Garry M. Gaskins, II by State of Oklahoma. (Attachments: # 1 Affidavit Certificate of Garry M. Gaskins, II)(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 84 | MOTION for Leave to Appear Pro Hac Vice for admission of Alexander Barrett Bowdre by State of Alabama. (Attachments: # 1 Affidavit Certification of Alexander Barrett Bowdre)(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 85 | JOINT STATEMENT of counsel *in response to order dated April 17, 2026.* (Arslanian, Vanessa) (Entered: 04/21/2026) |

| | | |
|---|---|---|
| 04/22/2026 | 86 | Opposition re 55 MOTION to Transfer Case to District of Columbia. filed by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Arslanian, Vanessa) (Entered: 04/22/2026) |
| 04/22/2026 | 87 | NOTICE of Appearance by Lindsey E Middlecamp on behalf of State of Minnesota (Middlecamp, Lindsey) (Entered: 04/22/2026) |
| 04/22/2026 | 88 | Judge Indira Talwani: ORDER entered. See attached. (SEC) (Entered: 04/22/2026) |
| 04/22/2026 | 89 | MOTION for Leave to Appear Pro Hac Vice for admission of Bailey Colfax Filing fee: $ 125, receipt number AMADC−11694712 by State of New Mexico. (Attachments: # 1 Certification)(Kundl, Jak) (Entered: 04/22/2026) |
| 04/22/2026 | 90 | MOTION for Leave to Appear Pro Hac Vice for admission of Thomas H. Castelli Filing fee: $ 125, receipt number AMADC−11694967 by State of Oregon. (Attachments: # 1 Certification)(Kundl, Jak) (Entered: 04/22/2026) |
| 04/22/2026 | 91 | NOTICE by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin re 73 MOTION to Intervene (Arslanian, Vanessa) (Entered: 04/22/2026) |
| 04/23/2026 | 92 | NOTICE of Appearance by Ian D. Prior on behalf of State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas (Prior, Ian) (Entered: 04/23/2026) |
| 04/23/2026 | 93 | Filing fee/payment: $ 750, receipt number AMADC−11696730 for 82 MOTION for Leave to Appear Pro Hac Vice for admission of James R. Rodriguez, 79 MOTION for Leave to Appear Pro Hac Vice for admission of Benjamin S. Gilberg, 81 MOTION for Leave to Appear Pro Hac Vice for admission of James A. Barta, 78 MOTION for Leave to Appear Pro Hac Vice for admission of J. Michael Patton, 77 MOTION for Leave to Appear Pro Hac Vice for admission of Louis J. Capozzi, 80 MOTION for Leave to Appear Pro Hac Vice for admission of David M.S. Dewhirst. (SEC) (Entered: 04/23/2026) |
| 04/23/2026 | 94 | MOTION for Leave to Appear Pro Hac Vice for admission of Cody S. Barnett Filing fee: $ 125, receipt number AMADC−11696828 by State of Nebraska. (Attachments: # 1 Affidavit Certification of Cody S. Barnett)(Prior, Ian) (Entered: 04/23/2026) |
| 04/23/2026 | 95 | MOTION for Leave to Appear Pro Hac Vice for admission of J. Benjamin Aguinaga Filing fee: $ 125, receipt number AMADC−11696860 by State of Louisiana. (Attachments: # 1 Affidavit Certification of J. Benjamin Aguinaga)(Prior, Ian) (Entered: 04/23/2026) |
| 04/23/2026 | 96 | NOTICE OF ATTORNEY PAYMENT OF FEES as to 82 MOTION for Leave to Appear Pro Hac Vice for admission of James R. Rodriguez, 83 MOTION for Leave |

| | | |
|---|---|---|
| | | to Appear Pro Hac Vice for admission of Garry M. Gaskins, II, 84 MOTION for Leave to Appear Pro Hac Vice for admission of Alexander Barrett Bowdre by Intervenor Defendants State of Alabama, State of Kansas, State of Oklahoma, State of Texas. Filing fee $ 375, receipt number AMADC−11696867. Payment Type : PRO HAC VICE. (Prior, Ian) (Entered: 04/23/2026) |
| 04/23/2026 | 97 | MOTION for Summary Judgment −− *Plaintiff States' Motion for Summary Judgment, Declaratory Relief, and Permanent Injunction* by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Attachments: # 1 Proposed Order Granting Plaintiff States' Motion for Summary Judgment, Declaratory Relief, and Permanent Injunction)(Cohen, Michael) (Entered: 04/23/2026) |
| 04/23/2026 | 98 | Judge Indira Talwani: ELECTRONIC ORDER. Plaintiffs and Defendants shall file responses to the Proposed Intervenors' [ 73 ] Motion to Intervene on or before noon on April 27, 2026. Defendants shall file, under a joint caption, a single response to the motions filed by Proposed Intervenors in this case and in League of Women Voters, 26−cv−11549. Proposed Intervenors may file, on or before April 28, 2026, a single reply, under a joint caption, in this case and in League of Women Voters, 26−cv−11549.(SEC) (Entered: 04/23/2026) |
| 04/23/2026 | 99 | NOTICE of Appearance by Inga S. Bernstein on behalf of Society for the Rule of Law (Bernstein, Inga) (Entered: 04/23/2026) |
| 04/23/2026 | 100 | DECLARATION re 97 MOTION for Summary Judgment −− *Plaintiff States' Motion for Summary Judgment, Declaratory Relief, and Permanent Injunction* by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Attachments: # 1 Declaration of Jana M. Lean, Chief of the Elections Division, Office of the California Secretary of State, # 2 Declaration of Michelle Tassinari, First Deputy Secretary, Office of the Secretary of the Commonwealth of Massachusetts, # 3 Declaration of Mark Wlaschin, Deputy Secretary of State for Elections, Office of the Nevada Secretary of State, # 4 Declaration of Stuart Holmes, Director of Elections, Office of the Washington Secretary of the State, # 5 Declaration of Keely Varvel, Assistant Secretary of State of the State of Arizona, # 6 Declaration of Hilary Rudy, Deputy State Elections Director, Office of the Colorado Secretary of State, # 7 Declaration of Gabe Rosenberg, Chief of Staff and General Counsel, Office of the Connecticut Secretary of the State, # 8 Declaration of Anthony J. Albence, State Election Commissioner for the State of Delaware, # 9 Declaration of Alice P. Miller, Senior Policy Advisor for the District of Columbia Board of Elections, # 10 Declaration of Julie L. Flynn, Deputy Secretary of State, Office of the Maine Secretary of State, # 11 Declaration of Katherine Berry, Deputy Administrator of the Maryland State Board of Elections, # 12 Declaration of Jonathan Brater, Director of the Bureau of Elections, Office of the Michigan Secretary of State, # 13 |

| | | |
|---|---|---|
| | | Declaration of John Strodtbeck, Administrator of the Employee Engagement and Quality Division, Michigan Department of States (MDOS), # 14 Declaration of Paul Linnell, Elections Director, Office of the Minnesota Secretary of State, # 15 Declaration of Donna Barber, Executive Director of the New Jersey Department of State, Division of Elections, Office of the New Jersey Secretary of State, # 16 Declaration of Mandy Vigil, Election Director, Office of the New Mexico Secretary of State, # 17 Declaration of Kristen Zebrowski Stavisky, Co−Executive Director of the New York State Board of Elections, Chief State Election Official, # 18 Declaration of Marc Brunton, Assistant Deputy Attorney General, North Carolina Department of Justice, # 19 Declaration of Dena Dawson, Election Director, Office of the Oregon Secretary of State, # 20 Declaration of Jonathan Marks, Deputy Secretary for Elections and Commissions, Department of State in the Commonwealth of Pennsylvania, # 21 Declaration of Rob Rock, Deputy Secretary of State/Director of Administration, Office of the Rhode Island Secretary of State, # 22 Declaration of Sarah Copeland Hanzas, Secretary of State of the State of Vermont, # 23 Declaration of Steven L. Koski, Commissioner of Elections for the Commonwealth of Virginia, # 24 Declaration of Edmund Michalowski, Deputy Clerk for Elections, Office of the Cook County Clerk, State of Illinois, # 25 Declaration of Julie Wise, Director of Elections for Martin Luther King, Jr. County (King County), State of Washington, # 26 Declaration of Elena Hilby, MMC, WCPC, CPM, City Clerk, City of Sun Prairie, State of Wisconsin)(Cohen, Michael) (Entered: 04/23/2026) |
| 04/23/2026 | 101 | MOTION for Leave to Appear Pro Hac Vice for admission of Richard Bernstein Filing fee: $ 125, receipt number AMADC−11697383 by Society for the Rule of Law. (Attachments: # 1 Exhibit)(Bernstein, Inga) (Entered: 04/23/2026) |
| 04/23/2026 | 102 | MOTION for Leave to File by Society for the Rule of Law. (Attachments: # 1 Exhibit)(Bernstein, Inga) (Entered: 04/23/2026) |
| 04/23/2026 | 103 | DECLARATION re 97 MOTION for Summary Judgment −− *Plaintiff States' Motion for Summary Judgment, Declaratory Relief, and Permanent Injunction −− Declaration of Michael S. Cohen in Support of Plaintiff States' Motion for Summary Judgment* by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Attachments: # 1 Exhibit A − Truth Social Post, # 2 Exhibit B − EO Fact Sheet, # 3 Exhibit C − SAVE Fact Sheet, # 4 Exhibit D − NC Audit, # 5 Exhibit E − Move Stats, # 6 Exhibit F − Naturalization, # 7 Exhibit G − Official Mail Guide, # 8 Exhibit H − 2024 Report)(Cohen, Michael) (Entered: 04/23/2026) |
| 04/23/2026 | 104 | Request for Judicial Notice *in Support of Plaintiff States' Motion for Summary Judgment, Declaratory Relief, and Permanent Injunction* by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Cohen, Michael) (Entered: 04/23/2026) |

| | | |
|---|---|---|
| 04/23/2026 | 105 | Statement of Material Facts L.R. 56.1 re 97 MOTION for Summary Judgment −− *Plaintiff States' Motion for Summary Judgment, Declaratory Relief, and Permanent Injunction* filed by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Cohen, Michael) (Entered: 04/23/2026) |
| 04/23/2026 | 106 | MEMORANDUM in Support re 97 MOTION for Summary Judgment −− *Plaintiff States' Motion for Summary Judgment, Declaratory Relief, and Permanent Injunction* filed by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Cohen, Michael) (Entered: 04/23/2026) |
| 04/24/2026 | 107 | NOTICE of Appearance by Lindsey E Middlecamp on behalf of State of Minnesota (Middlecamp, Lindsey) (Entered: 04/24/2026) |
| 04/24/2026 | 108 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 90 MOTION for Leave to Appear Pro Hac Vice, 82 MOTION for Leave to Appear Pro Hac Vice, 89 MOTION for Leave to Appear Pro Hac Vice, 83 MOTION for Leave to Appear Pro Hac Vice, 78 MOTION for Leave to Appear Pro Hac Vice, 79 MOTION for Leave to Appear Pro Hac Vice, 80 MOTION for Leave to Appear Pro Hac Vice, 94 MOTION for Leave to Appear Pro Hac Vice, 84 MOTION for Leave to Appear Pro Hac Vice, 95 MOTION for Leave to Appear Pro Hac Vice, 101 MOTION for Leave to Appear Pro Hac Vice, 81 MOTION for Leave to Appear Pro Hac Vice, and 77 MOTION for Leave to Appear Pro Hac Vice. Added Louis J. Capozzi, J. Michael Patton, Benjamin S. Gilberg, David M.S. Dewhirst, James A. Barta, James R. Rodriguez, Garry M. Gaskins, Alexander Barrett Bowdre, Bailey Colfax, Thomas H. Castelli, Cody S. Barnett, J. Benjamin Aguinaga, and Richard Bernstein.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by each of the newly admitted attorneys.<br><br>(SEC) (Entered: 04/24/2026) |
| 04/24/2026 | 109 | RESPONSE to Motion re 73 MOTION to Intervene filed by Frank Bisignano, Todd Blanche, Derek T Kan, Amber McReynolds, Markwayne Mullin, David Steiner, |

| | | |
|---|---|---|
| | | Ronald Stroman, Daniel Tangherlini, Doug Tolino, Donald J Trump, United States Department of Homeland Security, United States Department of Justice, United States Postal Service, United States Social Security Administration. (Al−Shareffi, Esam) (Entered: 04/24/2026) |
| 04/24/2026 | 110 | NOTICE of Appearance by Angela Behrens on behalf of State of Minnesota (Behrens, Angela) (Entered: 04/24/2026) |
| 04/24/2026 | 111 | NOTICE of Appearance by Richard D. Bernstein on behalf of Society for the Rule of Law (Bernstein, Richard) (Entered: 04/24/2026) |
| 04/24/2026 | 112 | NOTICE of Appearance by Allen Barr on behalf of State of Minnesota (Barr, Allen) (Entered: 04/24/2026) |
| 04/27/2026 | 113 | Opposition re 73 MOTION to Intervene filed by Commonwealth of Massachusetts, Commonwealth of Virginia, District of Columbia, Josh Shapiro, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin. (Arslanian, Vanessa) (Entered: 04/27/2026) |
| 04/27/2026 | 114 | MOTION for Leave to Appear Pro Hac Vice for admission of Jason Muehlhoff Filing fee: $ 125, receipt number AMADC−11701402 by State of Florida. (Attachments: # 1 Affidavit Certificate of Jason Muehlhoff)(Prior, Ian) (Entered: 04/27/2026) |
| 04/27/2026 | 115 | MOTION for Leave to Appear Pro Hac Vice for admission of Joseph D. Spate Filing fee: $ 125, receipt number AMADC−11701415 by State of South Carolina. (Attachments: # 1 Affidavit Certificate of Joseph D. Spate)(Prior, Ian) (Entered: 04/27/2026) |
| 04/27/2026 | 116 | Judge Indira Talwani: ELECTRONIC ORDER granting 102 unopposed Motion for Leave to File Brief as Amicus Curiae of the Society for the Rule of Law; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (MAP) (Entered: 04/27/2026) |
| 04/27/2026 | 117 | AMICUS BRIEF filed by Society for the Rule of Law . (Bernstein, Inga) (Entered: 04/27/2026) |
| 04/27/2026 | 118 | NOTICE of Appearance by James Rodriguez on behalf of State of Kansas (Rodriguez, James) (Entered: 04/27/2026) |
| 04/28/2026 | 119 | MOTION for Leave to Appear Pro Hac Vice for admission of David Bryant Filing fee: $ 125, receipt number AMADC−11705713 by State of Texas. (Attachments: # 1 Affidavit Certification of David Bryant)(Prior, Ian) (Entered: 04/28/2026) |
| 04/28/2026 | 120 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 114 Motion for Leave to Appear Pro Hac Vice Added Jason Muehlhoff.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number** |

| | | |
|---|---|---|
| | | under **ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 04/28/2026) |
| 04/28/2026 | 121 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 115 Motion for Leave to Appear Pro Hac Vice Added Joseph D. Spate.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 04/28/2026) |
| 04/28/2026 | 122 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 119 Motion for Leave to Appear Pro Hac Vice Added David Bryant.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 04/28/2026) |
| 04/28/2026 | 123 | NOTICE of Appearance by Alexander Barrett Bowdre on behalf of State of Alabama (Bowdre, Alexander) (Entered: 04/28/2026) |
| 04/28/2026 | 124 | NOTICE of Appearance by John Michael Patton on behalf of State of Missouri (Patton, John) (Entered: 04/28/2026) |

| | | |
|---|---|---|
| 04/28/2026 | 125 | NOTICE of Appearance by Louis Joseph Capozzi, III on behalf of State of Missouri (Capozzi, Louis) (Entered: 04/28/2026) |
| 04/28/2026 | 126 | Judge Indira Talwani: MEMORANDUM AND ORDER entered.<br><br>Finding that Defendants have not met their burden to show that transfer to the U.S. District Court for the District of Columbia would be in the interest of justice, the Motion to Transfer [Doc. No. 55 ] is DENIED.<br><br>**IT IS SO ORDERED.**<br><br>(MAP) . (Entered: 04/28/2026) |
| 04/28/2026 | 127 | REPLY to Response to 73 MOTION to Intervene filed by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas. (Prior, Ian) (Entered: 04/28/2026) |
| 04/29/2026 | 128 | NOTICE of Appearance by Meghan Musso on behalf of State of New Jersey (Musso, Meghan) (Entered: 04/29/2026) |
| 04/29/2026 | 129 | MOTION for Leave to Appear Pro Hac Vice for admission of Christian B. Corrigan Filing fee: $ 125, receipt number AMADC−11707857 by State of Montana. (Attachments: # 1 Affidavit Certification of Christian B. Corrigan)(Prior, Ian) (Entered: 04/29/2026) |
| 04/29/2026 | 130 | NOTICE of Appearance by Thomas H. Castelli on behalf of State of Oregon (Castelli, Thomas) (Entered: 04/29/2026) |
| 04/29/2026 | 131 | Judge Indira Talwani: ELECTRONIC ORDER terminating proposed Intervenors' Motion to Transfer[ 75 ]. See Mem. & Order 2−3 n.2[ 126 ]. (MAP) (Entered: 04/30/2026) |
| 04/30/2026 | 132 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 129 Motion for Leave to Appear Pro Hac Vice Added Christian B. Corrigan.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 04/30/2026) |
| 04/30/2026 | 133 | NOTICE of Appearance by Joseph David Spate on behalf of State of South Carolina (Spate, Joseph) (Entered: 04/30/2026) |
| 04/30/2026 | 134 | |

| | | |
|---|---|---|
| | | MOTION for Leave to File *Amici Curiae Brief* by Local Election Officials and Local Governments. (Attachments: # 1 Exhibit Proposed Amicus Brief)(Miller, Jonathan) (Entered: 04/30/2026) |
| 04/30/2026 | 135 | Notice of Supplemental Authorities re 73 MOTION to Intervene (Attachments: # 1 Exhibit DDC Minute Order)(Prior, Ian) (Entered: 04/30/2026) |
| 04/30/2026 | 136 | NOTICE of Appearance by Bailey Colfax on behalf of State of New Mexico (Colfax, Bailey) (Entered: 04/30/2026) |
| 05/01/2026 | 137 | Judge Indira Talwani: ELECTRONIC ORDER entered **allowing** 134 MOTION for Leave to File Amici Curiae Brief ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (MAP) (Entered: 05/01/2026) |
| 05/01/2026 | 138 | AMICUS BRIEF filed by Local Election Officials and Local Governments . (Miller, Jonathan) (Entered: 05/01/2026) |
| 05/01/2026 | 139 | MOTION for Leave to Appear Pro Hac Vice for admission of Alex Goldstein Filing fee: $ 125, receipt number AMADC−11714745 by Local Election Officials and Local Governments. (Attachments: # 1 Exhibit Exhibit)(Miller, Jonathan) (Entered: 05/01/2026) |
| 05/01/2026 | 140 | Judge Indira Talwani: Applicants' Motion to Intervene [Doc No. 73 ] is DENIED, but Applicants may participate as *amicus curiae*. Where Applicants have been granted leave to intervene in Civil Action No. 1:26−cv−11581, and where briefing on certain motions has been consolidated with briefing in that action, see Order [Doc. No. 88 ], Applicants may cross−file their briefs as intervenors in Civil Action No. 1:26−cv−11549 as briefs of *amicus curiae* in this action. See attached Order. (MAP) (Entered: 05/01/2026) |
| 05/01/2026 | 141 | NOTICE OF APPEAL as to 140 Order on Motion to Intervene,, by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas. Filing fee: $ 605, receipt number AMADC−11715739 Fee Status: Not Exempt. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 5/21/2026. (Prior, Ian) (Entered: 05/01/2026)** |
| 05/01/2026 | 142 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 139 Motion for Leave to Appear Pro Hac Vice Added Alex Goldstein. **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at** |

| | | **https://pacer.uscourts.gov/register−account**. **You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 05/01/2026) |
|---|---|---|

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STATE OF CALIFORNIA, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 1:26-cv-11581-IT |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | * | |
| Defendants. | * | |

ORDER ON MOTION TO INTERVENE

May 1, 2026

TALWANI, D.J.

Applicants State of Alabama, State of Florida, State of Indiana, State of Kansas, State of

Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of

South Carolina, State of South Dakota, and State of Texas seek leave to intervene as of right

under Fed. R. Civ. Pro. 24(a), or in the alternative, seek permissive intervention under Fed. R.

Civ. Pro. 24(b). Mot. to Intervene 1–2 [Doc. No. 73].

Defendants oppose intervention as of right, stating that "[t]o the extent that Intervenor

States have an interest in this matter, it will be adequately represented by the United States[.]"

Defs.' Resp. 1 [Doc. No. 109].

An applicant for intervention as of right must show that it "is so situated that disposing of

the action may as a practical matter impair or impede [its] ability to protect its interest, unless

existing parties adequately represent that interest." Fed. R. Civ. P. 24(a). "The requirement of []

Rule [24(a)] is satisfied if the applicant shows that representation of his interest 'may be'

inadequate; and the burden of making that showing should be treated as minimal." Trbovich v.

33

United Mine Workers of Am., 404 U.S. 528, 538 n.10 (1972) (citing 3B J. Moore, Federal Practice 24.09—1 (4) (1969)). But "the burden of persuasion is ratcheted upward" when the movant seeks to intervene as a defendant alongside a government entity. Victim Rts. L. Ctr. v. Rosenfelt, 988 F.3d 556, 561 (1st Cir. 2021) (quoting Pub. Serv. Co. of New Hampshire v. Patch, 136 F.3d 197, 207 (1st Cir. 1998)). In that circumstance, the First Circuit "start[s] with a rebuttable presumption that the government will defend adequately its action[.]" Id. (quoting Cotter v. Mass. Ass'n of Minority L. Enf't Officers, 219 F.3d 31, 35 (1st Cir. 2000)). "A successful rebuttal 'requires "a strong affirmative showing" that the agency (or its members) is not fairly representing the applicants' interests.'" Id. (quoting Patch, 136 F.3d at 207) (internal quotations omitted). An applicant's "interest in making additional . . . arguments in defense of government action does not render the government's representation inadequate." Id. at 562 (citing Mass. Food Ass'n v. Mass. Alcoholic Beverages Control Comm'n, 197 F.3d 560, 567 (1st Cir. 1999). And "perfect identity of motivational interests between the movant-intervenor and the government" is not necessary to a finding of adequate representation. Id.

Here, Applicants' interests in defending against Plaintiffs' suit align seamlessly with Defendants' interests where the United States "intends to vigorously defend this suit." Defs.' Resp. 1 [Doc. No. 109]. Applicants therefore have not met their burden to intervene as of right alongside Defendants.

Defendants take no position on the request for permissive intervention. Id. Plaintiffs State of California, et al. ("Plaintiff States") object to permissive intervention where Plaintiff States only seek relief as to the Plaintiff States. Pls.' States' Opp. to Mot. to Intervene [Doc. No. 113]. Applicants contend that if relief is granted, the limits asserted by Plaintiff States are not plausible. Reply Br. 4, 8. [[127]]. Applicants have provided the court with no reason to find that

2

arguments as to any spill-over effect of the relief requested by the Plaintiff States will not be vigorously asserted by the government. Accordingly, the court will deny permissive intervention.

Accordingly, Applicants' Motion to Intervene [Doc. No. 73] is DENIED, but Applicants may participate as *amicus curiae*. Where Applicants have been granted leave to intervene in Civil Action No. 1:26-cv-11581, and where briefing on certain motions has been consolidated with the briefing in that action, see Order [Doc. No. 88], Applicants may cross-file their briefs as intervenors in Civil Action No. 1:26-cv-11549 as briefs of *amicus curiae* in this action.

IT IS SO ORDERED.

May 1, 2026

/s/ Indira Talwani
United States District Judge

3

35

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, *et al.*,

    *Plaintiffs*,

    v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

    *Defendants*,

STATE OF MISSOURI, STATE OF ALABAMA, STATE OF FLORIDA, STATE OF INDIANA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, and STATE OF TEXAS,

    *Proposed Intervener Defendants*.

Case No. 1:26-cv-11581-IT

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Proposed Intervener States Alabama, Florida, Indiana, Kansas, Louisiana, Missouri, Montana, Nebraska, Oklahoma, South Caroline, South Dakota and Texas appeal to the United States Court of Appeals for the First Circuit from the district court's order, Doc. 140, denying their Motion to Intervene. *See Victim Rts. L. Ctr. v. Rosenfelt*, 988 F.3d 556, 560 n.3 (1st Cir. 2021) ("An order denying a motion to intervene is immediately appealable.").

1

Date: April 30, 2026

Respectfully submitted,

**STEVE MARSHALL**
ALABAMA ATTORNEY GENERAL

/s/ A. Barrett Bowdre
A. Barrett Bowdre*
  Solicitor General
STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 353-8892
Fax: (334) 353-8400
Barrett.Bowdre@AlabamaAG.gov

**CATHERINE L. HANAWAY**
MISSOURI ATTORNEY GENERAL

/s/ Louis J. Capozzi III
Louis J. Capozzi III*
  Solicitor General
J. Michael Patton*
  Deputy Solicitor General
Benjamin S. Gilberg*
  Deputy Solicitor General
Missouri Attorney General's Office
815 Olive Street, Suite 200
St. Louis, MO 63101
Tel. (573) 645-9662
Fax (573) 751-0774
Louis.Capozzi@ago.mo.gov
Michael.Patton@ago.mo.gov
Benjamin.Gilberg@ago.mo.gov

**JAMES UTHMEIER**
FLORIDA ATTORNEY GENERAL

/s/ David M.S. Dewhirst
David M.S. Dewhirst*
  Solicitor General
Jason J. Muehlhoff*
  Chief Deputy Solicitor General
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
david.dewhirst@myfloridalegal.com
jason.muehlhoff@myfloridalegal.com

**THEODORE E. ROKITA**
INDIANA ATTORNEY GENERAL

/s/ James A. Barta
James. A Barta*
  Solicitor General
Office of the Indiana Attorney General
302 W. Washington Street
IGC South, Fifth Floor
Indianapolis, IN 46204-2770
Phone: (317) 232-0709
Fax: (317) 232-7979
James.Barta@atg.in.gov

2

37

**KRIS W. KOBACH**
KANSAS ATTORNEY GENERAL

/s/ James R. Rodriguez
James R. Rodriguez*
*Assistant Attorney General*
Kansas Office of the Attorney General
Topeka, Kansas 66612
Phone: (785) 368-8197
jay.rodriguez@ag.ks.gov


**AUSTIN KNUDSEN**
MONTANA ATTORNEY GENERAL

/s/ Christian B. Corrigan
Christian B. Corrigan*
 *Solicitor General*
Montana Department of Justice
215 N. Sanders Helena, MT 59601
(406) 444-2707 (o)
Christian.Corrigan@mt.gov


**GENTER DRUMMOND**
OKLAHOMA ATTORNEY GENERAL

/s/ Garry M. Gaskins, II
Garry M. Gaskins, II*
 *Solicitor General*
Office of the Attorney General of Oklahoma
313 NE Twenty-First St.
Oklahoma City, OK 73105
(405) 521-3921
garry.gaskins@oag.ok.gov

**ELIZABETH B. MURRILL**
LOUISIANA ATTORNEY GENERAL

/s/ J. Benjamin Aguiñaga
J. Benjamin Aguiñaga*
 *Solicitor General*
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70802
(225) 506-3746
AguinagaB@ag.louisiana.gov


**MICHAEL T. HILGERS**
NEBRASKA ATTORNEY GENERAL

/s/ Cody S. Barnett
Cody S. Barnett*
 *Solicitor General*
Nebraska Department of Justice
1445 K Street, Room 2115
Lincoln, Nebraska 68508
Tel.: (402) 471-2683
Fax: (402) 471-3297
cody.barnett@nebraska.gov


**ALAN WILSON**
SOUTH CAROLINA ATTORNEY GENERAL

/s/ Joseph D. Spate
Joseph D. Spate*
 *Deputy Solicitor General*
1000 Assembly Street
Columbia, South Carolina 29201
Tel. (803) 734-3371
Fax (803) 734-3677
josephspate@scag.gov

3

**MARTY J. JACKLEY**
SOUTH DAKOTA ATTORNEY GENERAL

/s/ *Grant Flynn*
Grant Flynn**
  *Assistant Attorney General*
South Dakota Office of the Attorney General
1302 East SD Highway 1889,
Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Email: grant.flynn@state.sd.us


/s/ *Ian D. Prior*
Ian D. Prior (Bar No. 655704)
America First Legal Foundation
611 Pennsylvania Ave S.E. No. 231
Washington, D.C. 20003
(410) 205-9681
ian.prior@aflegal.org


**KEN PAXTON**
TEXAS ATTORNEY GENERAL

s/ *David Bryant*
David Bryant*
  *Senior Special Counsel*
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
david.bryant@oag.texas.gov


\* *Admitted pro hac vice*
\*\* *Pro hac vice forthcoming*

4

## **CERTIFICATE OF SERVICE**

I certify that on May 1, 2026, the above was filed electronically through the Court's electronic filing system to be served electronically on counsel for the parties.

/s/ *Louis J. Capozzi III*

40