# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1506          **Short Title:** California v. Alabama

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of California _____ as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Ian Fein _____          05/04/2026 _____
Signature                                                   Date

Ian Fein _____
Name

California Department of Justice ____          415-510-3466 _____
Firm Name (if applicable)                              Telephone Number

455 Golden Gate Avenue, Suite 11000          _____
Address                                                       Fax Number

San Francisco, CA 94102 _____          Ian.Fein@doj.ca.gov _____
City, State, Zip Code                                  Email (required)

Court of Appeals Bar Number: 1217211 _____

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

=================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).