# United States Court of Appeals
## For the First Circuit

No. 26-1506

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEVADA; STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; STATE OF WISCONSIN; JOSH SHAPIRO, in the official capacity as Governor of the Commonwealth of Pennsylvania,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in the official capacity as President of the United States; UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, in the official capacity as Acting U.S. Attorney General; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES SOCIAL SECURITY ADMINISTRATION; FRANK BISIGNANO, in the official capacity as Commissioner of the United States Social Security Administration; UNITED STATES POSTAL SERVICE; DAVID STEINER, in the official capacity as Postmaster General and Chief Executive Officer of the Postal Service; DOUG TULINO, in the official capacity as Deputy Postmaster General, Chief Operating Officer and Chief Human Resources Officer of the Postal Service and Member of the Postal Service Board of Governors; AMBER MCREYNOLDS, in the official capacity as Chair of the Postal Service Board of Governors; DEREK T. KAN, in the official capacity as Vice Chairman of the Postal Service Board of Governors; RONALD STROMAN, in the official capacity as a Member of the Postal Service Board of Governors; DANIEL TANGHERLINI, in the official capacity as a Member of the Postal Service Board of Governors,

Defendants,

STATE OF ALABAMA; STATE OF MISSOURI; STATE OF FLORIDA; STATE OF INDIANA; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TEXAS,

Interested Parties - Appellants.

**NOTICE**

Issued: May 19, 2026

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Holly F.B. Berlin, Thomas H. Castelli, Alex Goldstein, Jak Kundl, Charlotte Gibson, Tera M. Heintz, Allen Barr, Benjamin S. Gilberg, Vikas Didwania, Thomas Patterson, Jacob Boyer, Karl D. Smith, Seth Goldstein, Kara M. Karlson, Stephen Michael Pezzi, Eliza Simon, Esam Al-Shareffi, Joshua M. Whitaker, Robert William Setrakian, Lindsey E. Middlecamp, Bailey Colfax, Colleen K. Faherty, Jason J. Muehlhoff, Kyla Duffy

The following attorneys will continue to receive notice in this case:

Benjamin J. Aguiñaga, James J. Arguin, Vanessa Arslanian, Cody S. Barnett, James A. Barta, Peter Baumann, Angela Behrens, Anne P. Bellows, Inga S. Bernstein, Richard D. Bernstein, Joshua Paul Bohn, Alexander Barrett Bowdre, Tillman J. Breckenridge, Malcolm Andreas Brudigam, David Bryant, Louis Joseph Capozzi III, Jared B. Cohen, Michael Surren Cohen, Christian B. Corrigan, David M.S. Dewhirst, Lisa Catherine Ehrlich, Rayford A. Farquhar, Ian Fein, Michael J. Fischer, Grant Michael Flynn, Garry M. Gaskins II, Abraham R. George, Neil Giovanatti, James Grayson, Erik Grill, Karen J. Hartman-Tellez, Alex Hemmer, Kiel Ireland, Ryan P. Kane, Vanessa L. Kassab, Robert A. Koch, Ian R. Liston, Donald Campbell Lockhart, Lynn Kristine Lodahl, Jonathan B. Mangel, Graham Miller, Jonathan Benjamin Miller, Daniel Paul Mosteller, Rabia Muqaddam, Maura Bridget Murphy, Meghan Musso, Laura Myron, John Michael Patton, Ian D. Prior, Kevin Lee Quade, James R. Rodriguez, Cristina Sepe, Joseph David Spate, Shannon Wells Stevenson, Katherine Thompson, Syreeta Tyrell, Judith N. Vale, Caroline S. Van Zile, Virginia A. Williamson

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Ashley N. - (617) 748-9527

cc:

Benjamin J. Aguiñaga, Esam Al-Shareffi, James J. Arguin, Vanessa Arslanian, Cody S. Barnett, Allen Barr, James A. Barta, Peter Baumann, Angela Behrens, Anne P. Bellows, Holly F.B. Berlin, Inga S. Bernstein, Richard D. Bernstein, Joshua Paul Bohn, Alexander Barrett Bowdre, Jacob Boyer, Tillman J. Breckenridge, Malcolm Andreas Brudigam, David Bryant, Louis Joseph Capozzi III, Thomas H. Castelli, Jared B. Cohen, Michael Surren Cohen, Bailey Colfax, Christian B. Corrigan, David M.S. Dewhirst, Vikas Didwania, Kyla Duffy, Lisa Catherine Ehrlich, Colleen K. Faherty, Rayford A. Farquhar, Ian Fein, Michael J. Fischer, Grant Michael Flynn, Garry M. Gaskins II, Abraham R. George, Charlotte Gibson, Benjamin S. Gilberg, Neil Giovanatti, Alex Goldstein, Seth Goldstein, James Grayson, Erik Grill, Karen J. Hartman-Tellez, Tera M. Heintz, Alex Hemmer, Kiel Ireland, Ryan P. Kane, Kara M. Karlson, Vanessa L. Kassab, Robert A. Koch, Jak Kundl, Ian R. Liston, Donald Campbell Lockhart, Lynn Kristine Lodahl, Jonathan B. Mangel, Lindsey E. Middlecamp, Graham Miller, Jonathan Benjamin Miller, Daniel Paul Mosteller, Jason J. Muehlhoff, Rabia Muqaddam, Maura Bridget Murphy, Meghan Musso, Laura Myron, Thomas Patterson, John Michael Patton, Stephen Michael Pezzi, Ian D. Prior, Kevin Lee Quade, James R. Rodriguez, Cristina Sepe, Robert William Setrakian, Eliza Simon, Karl D. Smith, Joseph David Spate, Shannon Wells Stevenson, Katherine Thompson, Syreeta Tyrell, Judith N. Vale, Caroline S. Van Zile, Joshua M. Whitaker, Virginia A. Williamson