# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 26-1506          **Short Title:** State of California, et al. v. State of Alabama, et al.

**Type of Action**

- ☑ Civil
- ☐ Criminal/Prisoner
- ☐ Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from May 1, 2026
  2. Date this notice of appeal filed May 1, 2026
     If cross appeal, date first notice of appeal filed N/A
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) N/A
  4. Date of entry of order deciding above post-judgment motion N/A
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) N/A
     Time extended to N/A

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits?    ☐ Yes    ☑ No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?    ☐ Yes    ☑ No
        If yes, explain
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?    ☑ Yes    ☐ No
        If yes, explain Denial of motion to intervene. Ungar v. Arafat, 634 F.3d 46, 50 (1st Cir. 2011).

C. Has this case previously been appealed?    ☐ Yes    ☑ No
   If yes, give the case name, docket number and disposition of each prior appeal

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?    ☐ Yes    ☑ No
   If yes, cite the case and manner in which it is related on a separate page.  If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E.  Were there any in-court proceedings below?  ☐ Yes  ☑ No
    If yes, is a transcript necessary for this appeal?  ☐ Yes  ☑ No
    If yes, is transcript already on file with district court?  ☐ Yes  ☑ No

F.  List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1.  Adverse party State of California
    Attorney Ian Fein, Anne Bellows, Malcolm Brudigam, Michael Cohen, Lisa Ehrlich, Seth Goldstein, Thomas Patterson, Kevin Quade, Robert Setrakian
    Address CA Attorney General's Office 455 Golden Gate Ave Ste 11000 San Francisco, CA 94102-7004
    Telephone 415-510-3466

2.  Adverse party Commonwealth of Massachusetts
    Attorney Jared B. Cohen, Vanessa Arslanian, Jak Kundl
    Address MA Attorney General's Office 1 Ashburton Pl 20th Fl Boston, MA 02108-0000
    Telephone 617-963-2833

3.  Adverse party State of Nevada
    Attorney Kiel Ireland
    Address NV Attorney General's Office 1 State of Nevada Way Ste 100 Las Vegas, NV 89119
    Telephone 702-486-3420

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1.  Appellant's name State of Missouri
    Address MO Attorney General's Office 815 Olive St Ste 200 St Louis, MO 63101
    Telephone 717-802-2077

    Attorney's name Louis J. Capozzi, III, Graham D. Miller, J. Michael Patton, Benjamin S. Gilberg
    Firm MO Attorney General's Office
    Address 815 Olive St Ste 200 St Louis, MO 63101
    Telephone 717-802-2077

2.  Appellant's name State of Alabama
    Address Alabama Attorney General 501 Washington Ave PO Box 300152 Montgomery, AL 36130-0152
    Telephone 334-353-8892

    Attorney's name Alexander B. Bowdre, Ian D. Prior
    Firm Alabama Attorney General
    Address 501 Washington Ave PO Box 300152 Montgomery, AL 36130-0152
    Telephone 334-353-8892

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes  ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Louis J. Capozzi, III
Date  May 19, 2026

**Additional Adverse Parties**

State of Washington
TERA M. HEINTZ
CRISTINA SEPE
KARL D. SMITH
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

State of Arizona
KARA KARLSON
KAREN J. HARTMAN-TELLEZ
JOSHUA M. WHITAKER
SYREETA TYRELL
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-8118

State of Colorado
SHANNON STEVENSON
PETER BAUMANN
1300 Broadway
Denver, CO 80203
(720) 508-6400

State of Connecticut
MAURA MURPHY
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
(860) 808-5020

State of Delaware
IAN R. LISTON
VANESSA L. KASSAB
820 N. French Street
Wilmington, DE 19801
(302) 683-8899

State of Illinois
ALEX HEMMER
115 S. LaSalle Street
Chicago, IL 60603
(312) 814-5526

State of Maine
KATHERINE W. THOMPSON
6 State House Station
Augusta, ME 04333
(207) 626-8800

State of Maryland
VIRGINIA A. WILLIAMSON
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6584

State of Michigan
NEIL GIOVANATTI
ERIK GRILL
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659

State of Minnesota
ANGELA BEHRENS
ALLEN COOK BARR
LINDSEY E. MIDDLECAMP
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 300-0711

State of New Jersey
MEGHAN K. MUSSO
JONATHAN MANGEL
JOSHUA P. BOHN
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276

State of New Mexico
BAILEY COLFAX
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060

State of New York
BARBARA D. UNDERWOOD
JUDITH N. VALE
RABIA MUQADDAM
28 Liberty Street
New York, NY 10005
(212) 416-6046

State of North Carolina
LAURA HOWARD
DANIEL P. MOSTELLER
114 W. Edenton Street
Raleigh, NC 27603
(919) 716-6026

State of Oregon
THOMAS H. CASTELLI
100 SW Market Street
Portland, OR 97201
(971) 673-1880

State of Rhode Island
JAMES J. ARGUIN
150 South Main Street
Providence, RI 02903
(401) 274-4400

State of Vermont
RYAN P. KANE
109 State Street
Montpelier, VT 05609
(802) 828-2153

State of Virginia
TILLMAN J. BRECKENRIDGE
202 North Ninth Street
Richmond, VA 23219
(804) 786-7704

State of Wisconsin
LYNN LODAHL
17 West Main Street
Madison, WI 53707
(608) 264-6219

District of Columbia
CAROLINE S. VAN ZILE
400 6th Street, NW
Washington, DC 20001
(202) 724-6609

Josh Shapiro, in the official capacity as Governor of the Commonwealth of Pennsylvania
MICHAEL J. FISCHER
JACOB B. BOYER
30 North Third Street, Suite 200
Harrisburg, PA 17101
(717) 831-2847

**Additional Appellants**

State of Florida
David M.S. Dewhirst
Jason J. Muehlhoff
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300

State of Indiana
James. A Barta
Office of the Indiana Attorney General
302 W. Washington Street
IGC South, Fifth Floor
Indianapolis, IN 46204-2770
Phone: (317) 232-0709

State of Kansas
James R. Rodriguez
Kansas Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Phone: (785) 368-8197

State of Louisiana
J. Benjamin Aguiñaga
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70802
(225) 506-3746

State of Montana
Christian B. Corrigan
Montana Department of Justice
215 N. Sanders Helena, MT 59601
(406) 444-2707

State of Nebraska
Cody S. Barnett
Nebraska Department of Justice
1445 K Street, Room 2115
Lincoln, Nebraska 68508
Tel.: (402) 471-2683

State of Oklahoma
Garry M. Gaskins, II
Office of the Attorney General of Oklahoma
313 NE Twenty-First St.
Oklahoma City, OK 73105
(405) 521-3921

State of South Carolina
Joseph D. Spate
1000 Assembly Street
Columbia, South Carolina 29201
Tel. (803) 734-3371

State of South Dakota
Grant Flynn
South Dakota Office of the Attorney General
1302 East SD Highway 1889, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215

State of Texas
David Bryant
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100