Case: 26-1506    Document: 00118464863    Page: 1    Date Filed: 06/08/2026    Entry ID: 6819708

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

USMS Screened

26-1506
notice
5/19/26

RECEIVED FOR FILING
IN CLERK'S OFFICE

2026 JUN 8 P 2:  
US COURT OF APPEALS
FIRST CIRCUIT

Return to Sender
- No Such Person at this address

BOSTON MA 020

19 MAY 2026 PM 10

FIRST CLASS

US POSTAGE PITNEY BOWES

ZIP 02210   $000.74
02 7W
0008036369 MAY 19 2026

Charlotte Gibson
Governor's Office of General Counsel
30 N 3rd St
Ste 200
Harrisburg, PA 17101

17101>0755

NIXIE    171    FE 1        0006/04/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 02210300299    *2621-00554-19-38